# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL R. LOVE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES A YATES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-02304-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR DISCOVERY AS PREMATURE<br><br>(ECF No. 12) |

Plaintiff Carl R. Love ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 10, 2010, Plaintiff filed a complaint which is currently pending screening. (ECF No. 1.) On March 23, 2011, Plaintiff filed a motion to compel discovery. (ECF No. 12.)

The discovery phase of this litigation is not yet open. Plaintiff is directed to paragraph eight of the Court's First Informational Order, filed December 13, 1010. In that order, Plaintiff was specifically informed that he may not conduct discovery until Defendants file an answer and the Court issues the discovery order. Accordingly, it is HEREBY ORDERED that Plaintiff's motion to compel, filed March 23, 2011, is DENIED as premature.

IT IS SO ORDERED.

Dated:　May 16, 2011　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE